UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-P610-H

**JAMES HOWARD LARSON** **PLAINTIFF**

**v.**

**DETECTIVE LOVE** *et al.* **DEFENDANTS**

<u>**ORDER**</u>

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and based on Eleventh Amendment immunity.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:    Plaintiff, *pro se*
       Defendants
4412.005